UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RICKY WORTHINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:17-CV-117-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 21]. Plaintiffs motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 18] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. *§* 405(g).

**This Judgment Filed and Entered on July 24, 2018, and Copies To:**
Russell R. Bowling                                          (via CM/ECF electronic notification)
Mark J. Goldenberg                                       (via CM/ECF electronic notification)

DATE:                                                              PETER A. MOORE, JR., CLERK
July 24, 2018                                              (By) /s/ Nicole Briggeman
                                                                         Deputy Clerk