IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-00117-D

| | |
|---|---|
| RICKY WORTHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>)<br>)<br>Defendant. )<br>_____ ) | ORDER FOR PAYMENT OF ATTORNEY<br>FEES UNDER THE EQUAL ACCESS<br>TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,400.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Howard D. Olinsky, and mailed to his office at Olinsky Law Group, 300 South State St., Suite 420, Syracuse, NY 13202, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This **20** day of November, 2018

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE